**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1952**

———————

ARTHUR HAIRSTON,

Plaintiff - Appellant,

v.

SOCIAL SECURITY ADMINISTRATION, Secretary,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:24-cv-01682-SAG)

———————

Submitted:  January 22, 2026                              Decided:  January 28, 2026

———————

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur Lee Hairston, Sr., Appellant Pro Se.  Megan Lynn Micco Mallis, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Hairston appeals the district court's orders (a) dismissing without prejudice for lack of subject matter jurisdiction Hairston's civil action against the Secretary of the Social Security Administration; and (b) denying Hairston's Fed. R. Civ. P. 59(e) motion to alter or amend the dismissal order.[*]  Because review of the record confirms that there is no reversible error, we affirm the district court's orders.  *Hairston v. Soc. Sec. Admin.*, No. 1:24-cv-01682-SAG (D. Md. Feb. 12, 2025 & Aug. 4, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny Hairston's motion to transfer this appeal, as well as a previously dismissed appeal (No. 24-1808), to the United States Court of Appeals for the District of Columbia, and deny as moot Hairston's motion to stay this appeal.